IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:06CR3085 |
| V. | ) | |
| JEFF BERAN, | ) | ORDER |
| Defendant. | ) | |

At the request of defense counsel, and with the concurrence of the probation officer,

IT IS ORDERED that the public law placement to CH is rescinded, and instead the defendant will enter and remain at the ARCH and successfully complete said program while following all the rules and regulations of the program. My chambers shall provide the probation officer with a copy of this order.

DATED this 7th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge